Case 08-70181   Doc 41   Filed 11/26/08   Entered 11/26/08 10:09:26   Desc Main
            Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DONNA L. COY                                    Case Number: 08-70181
        1046 HORIZON RIDGE
        LAKE IN THE HILLS, IL  60156    SSN-xxx-xx-3973

                                                        Case filed on:    1/24/2008
                                                        Plan Confirmed on:
                            U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,332.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DONNA L. COY | 0.00 | 0.00 | 1,040.52 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,040.52 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 15,121.20 | 15,121.20 | 1,176.54 | 933.82 |
| 004 | WELLS FARGO FINANCIAL ILLINOIS INC | 10,680.50 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 25,801.70 | 15,121.20 | 1,176.54 | 933.82 |
| 001 | FREEDMAN, ANSELMO, LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | MCHENRY COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 3,858.85 | 3,858.85 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 1,172.55 | 1,172.55 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 1,324.34 | 1,324.34 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 1,631.59 | 1,631.59 | 0.00 | 0.00 |
| 009 | CHASE BANK USA NA | 766.07 | 766.07 | 0.00 | 0.00 |
| 010 | MACYS RETAIL HOLDINGS INC | 503.03 | 503.03 | 0.00 | 0.00 |
| 011 | WORLD FINANCIAL NETWORK NATIONAL BANK | 509.21 | 509.21 | 0.00 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 621.22 | 621.22 | 0.00 | 0.00 |
| 013 | REMINGTON FARMS TOWNHOME OWNERS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 1,337.92 | 1,337.92 | 0.00 | 0.00 |
| 015 | TARGET NATIONAL BANK | 4,177.49 | 4,177.49 | 0.00 | 0.00 |
| 016 | WORLD FINANCIAL NETWORK NATIONAL BANK | 827.76 | 827.76 | 0.00 | 0.00 |
| 017 | WELLS FARGO FINANCIAL | 8,985.73 | 8,985.73 | 0.00 | 0.00 |
| 018 | WELLS FARGO FINANCIAL | 5,077.09 | 5,077.09 | 0.00 | 0.00 |
|  | Total Unsecured | 30,792.85 | 30,792.85 | 0.00 | 0.00 |
|  | Grand Total: | 56,594.55 | 45,914.05 | 2,217.06 | 933.82 |

Total Paid Claimant:   $3,150.88
Trustee Allowance:     $181.12        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00        discharging the trustee and the trustee's surety from any and all
                                      liablility on account of the within proceedings, and closing the estate,
                                      and for such other relief as is just.  Pursuant to FRBP, I hereby
                                      certify that the subject case has been fully administered.

Report Dated:

                                           /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  11/24/2008         By  /s/Heather M. Fagan